UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES FOY, an individual;<br><br>　　　　　　Plaintiff;<br><br>v.<br><br>HF HOLDINGS, INC., a foreign corporation;<br><br>　　　　　　Defendant. | Case No.: 2:16-cv-00071-APG-VCF<br><br>**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT**<br><br>(ECF No. 11) |

　　　　Defendant HF Holdings, Inc. failed to plead or otherwise defend in this action so default was entered against it. ECF No. 10.  Plaintiff James Foy moved for entry of Default Judgment. ECF No. 11.  The facts and circumstances of this case justify entry of Default Judgment.

　　　　IT IS HEREBY ORDERED that the plaintiff's motion for entry of default judgment **(ECF No. 11) is GRANTED**.  The clerk of the court shall enter judgment in favor of plaintiff James Foy and against defendant HF Holdings, Inc. as follows:

　　　　(a) Statutory damages in the amount of $1,000 under 15 U.S.C. §1692k(a)(2)(A);

　　　　(b) Attorney's fees in the amount of $4,097.50;

　　　　(c) Costs in the amount of $495.00; and

For a **total judgment amount of $5,592.50**.  The judgment shall bear interest from the date of entry until paid in full.

　　　　Dated this 26th day of August, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Andrew P. Gordon
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge