AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

James Foy

    Plaintiff,

V.

HF Holdings, Inc.

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:16-cv-00071-APG-VCF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is hereby entered in favor of plaintiff James Foy and against defendant HF Holdings, Inc. as follows:

(a) Statutory damages in the amount of $1000.00 under 15 U.S.C. § 1692k(a)(2)(A);

(b) Attorney's fees in the amount of $4,097.50;

(c) Costs in the amount of $495.00; and

For a total judgment amount of $5,592.50.

The judgment shall bear interest from the date of entry until paid in full.

August 26, 2016             /s/ Lance S. Wilson

Date                                                 Clerk

                                                                 /s/ M. Morrison

                                                                 (By) Deputy Clerk